IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARINA V. KARAKOZOVA, PH.D., | : | CIVIL ACTION |
| | : | NO. 09-02564 |
| v. | : | |
| | : | |
| THE TRUSTEES OF THE UNIVERSITY | : | |
| OF PENNSYLVANIA | : | |
| | : | |

## **ORDER**

AND NOW, this 28th day of September, 2010, upon consideration of defendant's motion to Compel Discovery Responses and to Compel Plaintiff's Appearance for Deposition and plaintiff's response thereto, it is ORDERED that Defendant's Motion is GRANTED IN PART and DENIED IN PART as follows:

1. Plaintiff shall, within 30 days from the date of this Order appear for her deposition in Courtroom 4A of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania. Once the parties have agreed upon a date and time for the deposition, defense counsel shall notify my courtroom deputy Charles Ervin at 267-299-7559. Plaintiff's failure to appear will result in dismissal of this action.

2. Defendant's motion to compel plaintiff's discovery responses is denied as moot with leave to renew if plaintiff has not served defendant with her discovery responses as represented in plaintiff's response to defendant's motion to compel.

                                                *s/Thomas N. O'Neill, Jr.*
                                                THOMAS N. O'NEILL, JR., J.