IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARINA V. KARAKOZOVA, PH.D., | : | CIVIL ACTION |
| | : | NO. 09-02564 |
| v. | : | |
| | : | |
| THE TRUSTEES OF THE UNIVERSITY | : | |
| OF PENNSYLVANIA | : | |
| | : | |

## ORDER

AND NOW, this 21st day of January 2011, upon consideration of plaintiff's "Motion to Leave to File Discovery Paper," it is ORDERED that the motion is GRANTED. Upon consideration of plaintiff's Motion to Compel Discovery Responses and Motion for Sanction and all responses thereto, it is ORDERED that plaintiff's motions are DENIED.

By January 28, 2011, plaintiff may serve on defendant one specific and narrowly tailored document request pertaining to information contained in the lab journals she maintained during her tenure at the University of Pennsylvania and which may lead to admissible evidence relevant to her claim that she was terminated based on her national origin and not for her poor performance and violation of defendant's policies. If plaintiff serves such a request on defendant, she is directed to file a certificate of service with the Clerk of Court indicating that she has done so. Defendant shall respond to any such request by February 14, 2011. Defendant is granted leave to amend its pending motion for summary judgment in the event that it believes amendment is warranted following its response to any such request.

                                               _s/Thomas N. O'Neill, Jr._
                                               THOMAS N. O'NEILL, JR., J.