IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARINA V. KARAKOZOVA, PH.D., | : | CIVIL ACTION |
| | : | NO. 09-02564 |
| v. | : | |
| | : | |
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA | : | |
| | : | |

## ORDER

AND NOW, this 24th day of March 2011, upon consideration of plaintiff's "Motion to Strike Verified Statement of Dr. Anna Kashina and Motion for More Definite Statement" and defendant's response thereto, it is ORDERED that the motions are DENIED.

It is further ORDERED that the Court will consider and decide defendant's motion for summary judgment without the benefit of a response unless plaintiff files a response to defendant's pending motion for summary judgment by April 18, 2011.

                                                   *s/Thomas N. O'Neill, Jr.*
                                                   THOMAS N. O'NEILL, JR., J.