IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARINA V. KARAKOZOVA, PH.D.,   :      CIVIL ACTION
                                :      NO. 09-02564
         v.                    :
                                  :
THE TRUSTEES OF THE UNIVERSITY  :
OF PENNSYLVANIA                 :
                                  :

## O R D E R

AND NOW, this 9th day of May 2011, after consideration of the Motion of Defendant
The Trustees of The University of Pennsylvania for Summary Judgment, to which plaintiff has
filed no response, it is ORDERED that the Motion is GRANTED and judgment is ENTERED in
favor of defendant The Trustees of The University of Pennsylvania and against plaintiff as to all
counts.

Plaintiff's Motion for Clarification of Court's Order Dated April 25, 2011 is DENIED as
moot.

                                    *s/Thomas N. O'Neill, Jr.*
                                    THOMAS N. O'NEILL, JR., J.