IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARINA V. KARAKOZOVA, PH.D., | : | CIVIL ACTION |
| | : | NO. 09-02564 |
| v. | : | |
| | : | |
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA | : | |
| | : | |

**O R D E R**

AND NOW, this 2nd day of August 2011, after consideration of the following motions of plaintiff Marina V. Karakozova, Ph.D.: (1) Motion for Correction of Errors Arising in the Civil Document Regarding Documents Numbers 17, 21, 23, 26, 29, 32, 37, 38, 41, 50, 51, 56, 57, 58, 61, 63, 67, 68; (2) Motion for Correction of Errors Arising In Document Number 70: "Notice of Appeal"; (3) Motion for Correction of Errors Arising In Document Number 69: "Motion for New Trial"; and (4) Motion for Correction of Errors Arising In Documents No. 57 "Memorandum" and No. 67 "Memorandum," it is ORDERED that the motions are DENIED.

       *s/Thomas N. O'Neill, Jr.*
       THOMAS N. O'NEILL, JR., J.